520 A.2d 349

Madelyn McGLYNN

v.

DEPARTMENT OF SOCIAL SERVICES OF BALTIMORE CITY. Joint motion for summary reversal

No. 101, Sept. Term, 1986.

Court of Appeals of Maryland.

Jan. 29, 1987.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, COUCH, McAULIFFE and ADKINS, JJ.

ORDER

PER CURIAM.

The Court having granted the petition for writ of certiorari in the above captioned case and having scheduled the case for oral argument on February 4, 1987; and

The Court having considered the joint motion for summary reversal, it is this 29th day of January, 1987

ORDERED, by the Court of Appeals of Maryland, that the motion be, and it is hereby, granted; and it is further

ORDERED that the judgment of the Court of Special Appeals dismissing the appeal of Madelyn McGlynn be, and it is hereby, reversed and the case remanded to the Court of Special Appeals for consideration on the merits, with each party to pay its own costs except that the Baltimore City Department of Social Services shall pay one-half of Madelyn McGlynn's costs, and the mandate shall issue forthwith.